IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENDRICK COOK-BEY, # 174 046,           )
a/k/a Kendrick Cook,                    )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )  CIVIL ACT. NO. 2:16cv520-ECM
                                        )
MICHAEL STRICKLAND, WARDEN,             )
*et al.*,                               )
                                        )
        Defendants.                     )

# O R D E R

On February 19, 2019, the Magistrate Judge filed a Recommendation (doc. 35) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the Motion for Preliminary Injunction (doc. 34) be and is hereby DENIED.

This case is referred to the Magistrate Judge for further proceedings.

DONE this 13th day of March, 2019.

                          /s/ Emily C. Marks
                    EMILY C. MARKS
                    CHIEF UNITED STATES DISTRICT JUDGE