IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDRICK COOK-BEY, a/k/a Kendrick Cook, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:16-cv-520-ECM ) |
| AUNDRA JACKSON, LIEUTENANT, | ) ) |
| Defendants | ) |

**OPINION and ORDER**

On June 12, 2019, the Magistrate Judge entered a Recommendation (doc. 38) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. that the Recommendation of the Magistrate Judge is ADOPTED;
2. the Defendant's motion for summary judgment on the Plaintiff's federal claims (doc. 20) is GRANTED;
3. the Plaintiff's state law claim is DISMISSED without prejudice;
4. this case be and is hereby DISMISSED; and
5. costs are TAXED against Plaintiff for which execution may issue.

A separate Final Judgment will be entered.

Done this 16th day of July, 2019.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE